IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-CV-60507-SMITH

D.C., individually and on behalf of J.C., a minor,

      Plaintiffs,

v.

THE SCHOOL BOARD OF BROWARD
COUNTY, FLORIDA,

      Defendant.

_____/

## PLAINTIFFS' WITNESS LIST

COME NOW, Plaintiffs, D.C., individually and on behalf of J.C., a minor., by and through the undersigned counsel and pursuant to the Court's May 4, 2021, Scheduling Order, provides its witness list as follows:

| | | |
|---|---|---|
| D.C.C. | Mother | c/o DIG<br>2990 SW 35th Avenue<br>Miami, Florida 33133<br>305-669-2822 |
| G.C. | Step-Father | c/o DIG<br>2990 SW 35th Avenue<br>Miami, Florida 33133<br>305-669-2822 |
| Rochelle Marcus | Former attorney/advocate | c/o DIG<br>2990 SW 35th Avenue<br>Miami, Florida 33133<br>305-669-2822 |
| Heidi Meyers | Broward County School Employee Paraprofessional | Broward County Schools<br>600 SE 3rd Avenue<br>Ft. Lauderdale, FL 33301 |
| Norma Carbonell Parra | Broward County School Employee Paraprofessional | Broward County Schools<br>600 SE 3rd Avenue<br>Ft. Lauderdale, FL 33301 |
| Gabriela Carbonell | Broward County School Employee Substitute Teacher | Broward County Schools<br>600 SE 3rd Avenue<br>Ft. Lauderdale, FL 33301 |
| Julie Savitz | Broward County School Employee | Broward County Schools |

| | ESE teacher | 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
|---|---|---|
| Lonny Shapiro | Broward County School Employee Local Educational Agency | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Tasha M. Bowes | Broward County School Employee ESE Teacher | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Courtney Henry | Broward County School Employee Speech and Language Pathologist | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Brianna Dawkins | Broward County School Employee Occupational therapist | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Felicia Starke | Broward County School Employee Due Process Coordinator/ compliance | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Essa Kennedy | Broward County School Employee Assistive Technology Program Specialist | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Amanda Englander | Broward County School Employee Assistive Technology Program Specialist | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Tami Karsen | Broward County School Employee Curriculum Program Specialist | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Alyson B. Laureano | Broward County School Employee ESE Specialist Field Coach | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Ellen Roberts | Broward County School Employee Behavior Program Specialist | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Jessica Gianos | Broward County School Employee Speech and Language Program Specialist | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Myriam Kassandra Fried | Broward County School Employee Principal | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Jennifer Roca | Broward County School Employee Assistant Principal | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Brian Norris | Broward County School Employee High School Curriculum Supervisor | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |

| | | |
|---|---|---|
| Emily Grossman | Broward County School Employee Psychological Services | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Dr. Carole Zangari | NSU CARD | 6100 Griffin Road Davie, Florida 33314 954-262-7111 |
| Jennifer Bergstrom | SLP AAC Consultation | Ready, Set, Communicate 434 NE 17th Avenue Ft. Lauderdale, FL, 33301 |
| Debra Harrington | Broward County School Employee Curriculum Supervisor OT, PT, SLP | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Mary Catherine Dansky | Broward County School Employee ESLS Parent Liaison | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Steven Carruth | Broward County School Employee Principal Falcon Cove | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Cheryl Rubin | Broward County School Employee AP Falcon Cove | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Nathalie Neree | Broward County School Employee Curriculum Supervisor Middle School | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Susan McCloskey | ECT | Florida's MTSS projects University of South Florida |
| Carlene Heckman | Broward County School Employee Paraprofessional | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Michael White | Broward County School Employee teacher | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Natalia Moron | Broward County School Employee | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Kelly Fonner | Educational Consultant | 1597 Miller Road Lake Geneva, WI 53147 262.613.3412 |
| Sandra Grandolfo | Broward County School Employee | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Ilisa Bianco | Broward County School Employee | Broward County Schools 600 SE 3rd Avenue |

*J.C. v. Broward County School Board*
*Case No.: 21-cv-60507-SMITH*

_____

| | | Ft. Lauderdale, FL 33301 |
|---|---|---|
| Tova Stulberger | Broward County School Employee | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Jean Marie Jasperse | Broward County School Employee PT | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Amanda Burd | Broward County School Employee | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Janet Good | SLP/ project coordinator | Florida's MTSS projects University of South Florida |
| Lauren Proulx | ECT | Florida's MTSS projects University of South Florida |
| Eric Mclaughlin | Broward County School Employee | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Eileen Schroth | Broward County School Employee | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Lori Storfer | Broward County School Employee SLP | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Stephanie Garcia | Broward County School Employee | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Mark Guandolo | Broward County School Employee | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Kevin Troonin | Broward County School Employee | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Cheryl S. Rubin | Broward County School Employee | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Stephanie Yeung | Broward County School Employee | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Clifton Mayers | Broward County School Employee | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |

*J.C. v. Broward County School Board*
*Case No.: 21-cv-60507-SMITH*

_____

| | | |
|---|---|---|
| Romie Beubrun | Broward County School Employee | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Sonja Clay | Broward County School Employee | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Teresa Hall | Broward County School Employee | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Saemone H. Luis | Broward County School Employee | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Joanne Fritz | Broward County School Employee | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Susan Hofstetter, Esq. | School Board Attorney | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Amy Cohen | Private Board Certified Behavior Analyst | Positive Behavior Supports 1000 NW 65th Street Ft. Lauderdale, FL 33309 855-832-6727 |
| Autumn Garza | Attainment Company, Inc. | 504 Commerce Parkway, Verona, WI 53593 |
| Bradley Franks | Broward County School Employee ESE teacher | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Lisa Bandman | Broward County School Employee | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Ericka Stewart | Broward County School Employee | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Clifton Mayers | Broward County School Employee | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Cheryl Rubin | Broward County School Employee | Broward County Schools 600 SE 3rd Avenue Ft. Lauderdale, FL 33301 |
| Jennifer E. Kent-Walsh | AAC Expert | College of Health Professions and Sciences UCF P.O. Box 162215 |

*J.C. v. Broward County School Board*
*Case No.: 21-cv-60507-SMITH*
_____

| | | Orlando, FL 32816-2215<br>407-823-4800 |
|---|---|---|
| Kathleen Ahern | AAC Expert | 158 Concord Road, G16,<br>Billerica, MA 01821<br>978-596-4712 |
| Orfa Kuker Weingold | Broward County School Employee | Broward County Schools<br>600 SE 3rd Avenue<br>Ft. Lauderdale, FL 33301 |
| Dionne Reed | Broward County School Employee | Broward County Schools<br>600 SE 3rd Avenue<br>Ft. Lauderdale, FL 33301 |
| Michael Bianci | Broward County School Employee | Broward County Schools<br>600 SE 3rd Avenue<br>Ft. Lauderdale, FL 33301 |
| Venita Litvack | Broward County School Employee | Broward County Schools<br>600 SE 3rd Avenue<br>Ft. Lauderdale, FL 33301 |
| All witnesses listed by the Defendant | | |
| Impeachment Witnesses | | |
| Rebuttal witnesses | | |

Respectfully submitted this 30th day of November, 2021.

By: */s/ Stephanie Langer_____*
Stephanie L. Langer, Esq.
FL Bar.: 149720
DISABILITY INDEPENDENCE GROUP, INC.
2990 SW 35th Avenue
Miami, Florida 33133
305-669-2822 (telephone)
305-442-4181 (fax)
slanger@justDIGit.org
aa@justdigit.org
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 30, 2021, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to

*Page 6 of 7*

_____

all parties and counsel of record, or in some other authorized manner for those counsel or parties

who are not authorized to receive notices electronically.

Service List:

Michael T. Burke, Esquire
Hudson C. Gill, Esquire
Johnson, Anselmo, Murdoch, Burke,  Piper & Hochman, P.A.
2455 East Sunrise Boulevard, Ste. 1000 Ft. Lauderdale, FL 33304
Telephone:  954-463-0100
Burke@jambg.com
Cardona@jambg.com
hgill@jambg.com
diaz@jambg.com