UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-CV-60507-SMITH

D.C., individually and on behalf of J.C., a minor,
Plaintiff(s),

vs.

THE SCHOOL BOARD OF BROWARD COUNTY, FLORIDA,
Defendant(s).

_____/

FILED BY _____ D.C.

FEB 04 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## MEDIATION DISPOSITION REPORT

A Mediation conference was conducted on January 31, 2022. The conference resulted in the following:

The following attorneys, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference:

  X   All PLAINTIFFS and their respective trial counsel.

  X   All DEFENDANTS and/or their fully authorized claims representative, and their respective trial counsel.

  X   The parties reached an impasse as to all issues.

## CERTIFICATE OF SERVICE

I hereby certify that on ___1/31/2022___ a true and correct copy of the above was sent via

Electronic Mail to: **Stephanie Langer, Esquire**, at slanger@justDIGit.org; aa@justdigit.org;

and to **Michael Burke, Esquire**, at burke@jambg.com; cardona@jambg.com;

gibson@jambg.com; and to **Hudson Gill, Esquire**, at hgill@jambg.com; blanca@jambg.com.

Respectfully submitted,

Shelley H. Leinicke, Mediator
Mediator # 31473 RA
Upchurch Watson White & Max
Phone: 954-423-8856 Fax: 954-334-2838
sleinicke@uww-adr.com