UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 21-cv-60507

D.C., individually and on behalf
of J.C., a minor

      Plaintiffs,

vs.

BROWARD COUNTY SCHOOL BOARD,

      Defendant.

_____/

## DEFENDANT, BROWARD COUNTY SCHOOL BOARD'S, JOINT NOTICE OF SETTLEMENT

Defendant, BROWARD COUNTY SCHOOL BOARD ("School Board"), by and through its undersigned attorneys and pursuant to the Court's June 2, 2022, Order, gives notice that the case has settled and states:

1. On July 19, 2022, the School Board approved the Settlement Agreement and Release, which fully and completely resolved all disputes between the parties, including all claims asserted in this case.

2. The Settlement Agreement and Release was signed by the School Board shortly after the July 19, 2022, meeting and is now fully executed.

3. Per the Settlement Agreement and Release and because the settlement involves a minor, the parties will be filing a joint motion to approve the settlement with the Court on or before Friday, July 22, 2022.

4. Upon approval of the settlement by the Court, the parties will file a joint stipulation of dismissal as to all claims asserted in this case.

5.      The undersigned attorney for the School Board (Hudson C. Gill, Esq.) has conferred with counsel for the Plaintiffs (Stephanie Langer, Esq.) and can advise that the Plaintiffs join in the filing of this notice.

Dated: July 21, 2022

Respectfully submitted,


 */s/ Hudson C. Gill*
Michael T. Burke, Esquire (338771)
Burke@jambg.com
Cardona@jambg.com
Hudson C. Gill, Esquire (15274)
Johnson, Anselmo, Murdoch,
Burke, Piper & Hochman, P.A.
2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, Florida 33304
Telephone: 954-463-0100
*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 21st day of July, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of records or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A.
*Counsel for Defendants*
2455 East Sunrise Boulevard, Ste. 1000
Fort Lauderdale, FL 33304
Telephone: 954-463-0100

BY*: /s/ Hudson C. Gill*
        MICHAEL T. BURKE
        Florida Bar No. 338771
        HUDSON C. GILL
        Florida Bar No. 15274

## SERVICE LIST

Stephanie Langer, Esq.
DISABILITY INDEPENDENCE GROUP, INC.
2990 Southwest 35th Avenue
Miami, Florida 33133
Phone (305) 669-2822
Facsimile (305) 442-4181
SLanger@justdigit.org
aa@justdigit.org

Michael T. Burke, Esquire
Hudson C. Gill, Esquire
Johnson, Anselmo, Murdoch, Burke,
Piper & Hochman, P.A.
2455 East Sunrise Boulevard, Ste. 1000
Ft. Lauderdale, FL 33304
Telephone:   954-463-0100
Burke@jambg.com
Cardona@jambg.com
hgill@jambg.com
diaz@jambg.com